946

M. P. No. 76-221. WOONSOCKET TEACHERS' GUILD, LOCAL 951 *v.* SCHOOL COMMITTEE OF THE CITY OF WOONSOCKET. Motion of the plaintiff for an injunction pending appeal is granted, and the defendants, their agents, servants, employees or anyone acting in their behalf, are enjoined from releasing to the press and/or media, or in any way publicizing or advising anyone other than the patries herein, of any matter, material, and/or information pertaining to grievances. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for plaintiff. *Richrad R. Ackerman, Inc.,* for defendants.

M. P. No. 76-231. STATE *v.* ROBERT BRYANT McKAY. Treating the writ of mandamus filed by petitioner as a petition for writ of habeas corpus, the Public Defender is directed to represent the petitioner in the further pursuance of his rights. *Julius C. Michaelson,* Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, for defendant-petitioner.

M. P. No. 76-241. DONALD A. DEMERS, JR. *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is granted and case is consolidated with the cases of *Frazier* v. *Mullen,* 116 R. I. 940, 358 A.2d 689 and *Mello* v. *Mullen,* 116 R. I. 927, 357 A.2d 447 (1976). *Robert B. Mann,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 75-314. STATE *v.* GEORGE A. MARSHALL. Motion of defendant to remand case to Newport County Superior Court for entry of a proper judgment is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Corcoran, Peckham & Hayes, Joseph T. Houlihan,* for defendant.

C. A. No. 76-22. STATE *v.* RONALD DeLOMBA. Motion of the Public Defender is granted and instant case is consolidated for the filing of briefs and hearing before court, with case of *State* v. *Arthur Gomes,* No. 76-25-C.A. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.